## A. BOLOGNA & COMPANY, Inc., v. Westley Bowman ROBERTSON.

### No. 1960.

Court of Appeal of Louisiana. First Circuit.
March 22, 1939.

Ben N. Tucker, of Hammond, and Yarrut & Stich, of New Orleans, for appellant.

Ellis & Bostick, of Amite, for appellee.

DORE, Judge.

It is agreed by the parties litigant and their counsel that the facts and issues in this case are similar to those in the case of A. Bologna & Co., Inc., v. Guiseppe Arcardo, 187 So. 290, which we have this day decided, and that the decision in the latter case is controlling herein.

Therefore, for the reasons assigned in the case of A. Bologna & Co., Inc., v. Guiseppe Arcardo, the judgment of the District Court in the instant case is affirmed.